[No. 2809–2. Division Two. November 29, 1978.]

BRYAN D. DECK, *Appellant,* v. JOHN H. QUINN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Lewis County, No. 33933, D. J. Cunningham, J., entered March

1022

11, 1977. *Affirmed* by unpublished opinion per Reed, A.C.J., concurred in by Soule, J., and Johnson, J. Pro Tem.